**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 08-6174**

―――――――――――

WILBERT EUGENE PROFFITT,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,

Respondent - Appellee.

―――――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.
(1:07-cv-03443-JFM)

―――――――――――

Submitted:  July 17, 2008          Decided:  July 29, 2008

―――――――――――

Before TRAXLER, GREGORY, and SHEDD, Circuit Judges.

―――――――――――

Dismissed by unpublished per curiam opinion.

―――――――――――

Wilbert Eugene Proffitt, Appellant Pro Se.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilbert Eugene Proffitt seeks to appeal the district court's order transferring his 28 U.S.C. § 2241 (2000) petition to the United States District Court for the Eastern District of Virginia. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Proffitt seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED